

# FLIPPIN LAW GROUP

1302 Main Street
Post Office Box 160
Humboldt, TN 38343-0160
T: (731) 784-2818
F: (731) 784-1576

**FLOYD S. FLIPPIN**
fflippin@flippinlawpc.com

October 28, 2020
**PACER System only**

Honorable Sheryl H. Lipman　　　　　　　　Honorable Annie T. Christoff

Re:　Mediation - Hoal v. Town of Collierville
　　　Docket No: 2:20-cv-02468-SHL-atc
　　　Our File: 20-107

Dear Judge Lipman and Judge Christoff:

The Mediation for the above matter began yesterday. Mediation efforts are continuing and will be completed by the end of this week. I am writing you as the Mediator because the Deadline to Mediate the case expires today. I will send in the Mediator's Report once the Mediation ends.

Sincerely,

s/Floyd S. Flippin

FSF/laj