UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

Case No. 2:20-cv-2468    Case Title: Hoal v. Town of Collierville, Tennessee et al

Plaintiff's counsel: Jeff Rosenblum/Matthew T. May

Defendant's counsel: Edward J. McKenny, Jr.

Presiding Judge: Sheryl H. Lipman    Mediator: Floyd S. Flippin

I, Floyd S. Flippin, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on the 27th day of October, 2020 and continued mediation efforts through October 30, 2020.

As a result of that mediation held on October 27, 2020 and continuing through October 30, 2020, the case settled in whole.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Jeffrey S. Rosenblum
Matthew T. May
Attorneys at Law
6070 Poplar Ave., Suite 550
Memphis, TN 38119

Date: 11-2-2020

Edward J. McKenney, Jr.
William J. Wyatt
Abbie Stovall Hale
Attorneys at Law
6060 Primacy Parkway, Suite 100
Memphis, TN 38119
Electronic signature of Mediator:
/s/Floyd S. Flippin