UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ALICE HOAL, Individually and as next of Kin and surviving spouse of DAVID RICHARD HOAL, deceased,**

    Plaintiff,

v.                                        Civ. Action No. 2:20-cv-2468-SHL

**TOWN OF COLLIERVILLE, TENNESSEE**

    Defendant.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their undersigned attorneys and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiff's cause of action may be dismissed with prejudice. The parties will each bear their own discretionary costs and attorney's fees, and the parties will not apply for, or be awarded, any such costs or fees against each other.

Respectfully submitted this the 24th day of November, 2020.

                                            Respectfully submitted,

| | |
|---|---|
| ROSENBLUM & REISMAN, P.C. | HARRIS SHELTON HANOVER WALSH, PLLC |
| s/ Jeffrey S. Rosenblum | s/ Edward J. McKenney, Jr. |
| Jeffrey S. Rosenblum #13626 | Edward J. McKenney, Jr., #5380 |
| 6070 Poplar Avenue, Suite 550 | 6060 Primacy Parkway, Suite 100 |
| Memphis, TN 38119 | Memphis, Tennessee 38119 |
| (901)527-9600 Telephone | (901) 525-1455 Telephone |
| Jeffr@randrfirm.com Email | emckenney@harrisshelton.com Email |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |